UNITED STATES of America, Plaintiff–Appellee,

v.

Asmar Nafis NEWSOME, a/k/a Shorty, Defendant–Appellant.

No. 15–6286.

United States Court of Appeals, Fourth Circuit.

Submitted: May 21, 2015.

Decided: May 27, 2015.

Asmar Nafis Newsome, Appellant Pro Se. Amy Elizabeth Cross, Special Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Asmar Nafis Newsome appeals the district court's orders denying relief on his motion for a sentence reduction under 18 U.S.C. § 3582(c) (2012) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. See *U.S Sentencing Guidelines Manual* § 1B1.10(b)(2), p.s. (2014). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*